UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONNIE L. ASHENHURST,

    Plaintiff,

vs.                             CIVIL NO.: 04-CV-71214-DT

COMMISSIONER OF            HON. ROBERT H. CLELAND
SOCIAL SECURITY,            MAG. JUDGE WALLACE CAPEL, JR.

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on May 9, 2005, as well as any objections filed thereto,

**IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court.

                                      **ROBERT H. CLELAND**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: 14 June 05

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON 6/17/05